■ ARLENE A. HUGHES, as Director of the Mental Hygiene Legal Service of the Fourth Department, on Behalf of JOHN F.,

Petitioner, v THOMAS A. MAUL, as Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities, et al., Respondents. [635 NYS2d 566] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: The determination of the Commissioner of the New York State Office of Mental Retardation and Developmental Disabilities that it is in John F.'s best interest to remain a resident at the 508 Church Street Intermediate Care Facility is supported by substantial evidence (*see, Matter of Caputo v Webb*, 139 AD2d 735; *see generally, 300 Gramatan Ave. Assocs. v State Div. of Human Rights*, 45 NY2d 176, 179-181). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wayne County, Strobridge, J.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.